1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8

RICKY PATU,

9                              Plaintiff,              Case No. C16-385-RSM

10          v.                                         ORDER DENYING PLAINTIFF'S
                                                       APPLICATION TO PROCEED *IN FORMA
11      SHERYL ALBERT,                                 PAUPERIS* AND DIRECTING PLAINTIFF
                                                       TO PAY FILING FEE
12                             Defendant.

13

14          The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the

15      Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the

16      remaining record, hereby finds and ORDERS:

17          (1)     The Court adopts the Report and Recommendation.

18          (2)     Plaintiff's application to proceed with this action *in forma pauperis* (Dkt. 7) is

19      DENIED.

20          (3)      Plaintiff is directed to pay the $400 filing fee within **thirty (30) days** of the date

21      on which this Order is signed.  Failure to timely submit the requisite filing fee will result in

22      immediate termination of this action.

23

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS* - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 17 day of May 2016.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS* - 2